1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9 AT TACOMA

10 LAWRENCE ADAMS,

11           Plaintiff,

CASE NO.    C08-5342KLS

12   v.

13 MICHAEL J. ASTRUE, Commissioner of
Social Security,
14

15           Defendant.

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

16

17     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not
18 appear to have funds available to afford the $350.00 filing fee.
19     The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.
20     DATED this 5th day of June, 2008.

21
22
23
24                               Karen L. Strombom
                              United States Magistrate Judge
25
26
27
28

ORDER
Page - 1