UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE ADAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C08-5342FDB-KLS

ORDER REGARDING SERVICE OF COMPLAINT

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule MJR 4(a)(4), and as authorized by <u>Matthews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). Plaintiff has been granted leave to proceed *in forma pauperis*. The Court hereby finds and orders as follows:

On May 29, 2008, plaintiff filed his complaint, application to proceed *in forma pauperis* and summons directed to the United States Attorney and the Commissioner of Social Security. (Dkt. #1). On June 5, 2008, the Court granted plaintiff's application, conferring *in forma pauperis* upon him, and the Clerk issued and returned to plaintiff's counsel the summons. (Dkt. #2 and #4). However, to date, it does not appear that the summons or complaint has been served.

Plaintiff "is responsible for having the summons and complaint served within the time allowed by" Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(m), and "must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). Service must be completed "within 120 days

ORDER
Page - 1

after the complaint is filed," in the manner prescribed within Fed. R. Civ. P. 4. Fed. R. Civ. P. 4(m). Failure to so effect service on defendant may result in dismissal of the action without prejudice or an "order that service be made within a specified time." Id.

As noted above, plaintiff filed the complaint with this Court on May 29, 2008, and his application to proceed *in forma pauperis* was granted on June 5, 2008. As it does not appear that service has been effected in this case, and more than 120 days will have passed since the complaint was filed as of October 3, 2008, plaintiff hereby is ordered to complete service of the complaint on defendant in the manner required by Fed. R. Civ. P. 4 within thirty (30) days as of the date of this order or **no later than October 23, 2008**. **Plaintiff is warned that failure to serve the summons and complaint as described herein by the above date may result in dismissal of this case without prejudice.**

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 23rd day of September, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge